# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **BRIAN K. CROWSON,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. _____** |
| **v.** | ) | |
| | ) | *Removal of* |
| **ASURION SHORT TERM** | ) | *Circuit Court of Etowah County* |
| **DISABILITY PLAN,** | ) | *Case No. 31-CV-2019-900020.00* |
| | ) | |
| **Defendant** | ) | |

## NOTICE OF REMOVAL

Defendant Asurion, LLC Short Term Disability Insurance Plan ("Defendant" or "Plan"), incorrectly named as Asurion Short Term Disability Plan in the above-referenced action, timely files this Notice of Removal as follows.

In accordance with 28. U.S.C. §§ 1331, 1441, and 1446, Defendant, by and through its undersigned counsel, hereby removes to this Court the action *Brian K. Crowson v. Asurion Short Term Disability Plan*, pending in the Circuit Court of Etowah County, Alabama, 31-CV-2019-900020.00 ("State Court Action"). In support of this Notice of Removal, Defendant would respectfully show the Court the following:

1. On January 9, 2019, Plaintiff commenced the State Court Action in the Circuit Court of Etowah County, Alabama. Defendant was served with the Plaintiff's Complaint on February 5, 2019. As required by 28 U.S.C. § 1446(a), a true and correct copy of all documents, including all process, pleadings and orders serviced on Defendant are attached hereto as Exhibit A. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), having been filed within 30 days from the date on which Defendant received the Complaint.

2. The Asurion, LLC Short Term Disability Insurance Plan is sponsored by Asurion, LLC. The Plan is a fully-insured employee welfare benefit plan within the meaning of 29 U.S.C. § 1002(1).

3. Plaintiff alleges in his Complaint that he applied for, and was denied, short term disability benefits under the Plan. Plaintiff's sole cause of action is for recovery of his alleged short term disability benefits.

4. This Court has original jurisdiction over the claims asserted in Plaintiff's Complaint pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(f) because this case arises under the laws of the United States of America, specifically, the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1011, *et seq*. The Plan is governed by ERISA.

5. ERISA provides the exclusive remedies for actions under an ERISA-regulated plan.

6. This action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) because Plaintiff's claims involve exclusive federal remedies available to participants under ERISA plans pursuant to 29 U.S.C. § 1132(a). An action involving a claim for benefits under an ERISA plan is removable under 28 U.S.C. § 1441(a) as an action arising under federal law even when the ERISA-related nature of the action does not appear on the face of the complaint. See *Metropolitan Life Insurance Co. v. Taylor*, 481 U.S. 58, 62-63 (1987).

7. Venue of the removed action is proper in this Court as it is the district and division embracing the place where the State Court Action is pending in Etowah County, Alabama. See 28 U.S.C. §§ 118(b) and 1446(a).

8. Defendant is the only defendant in this action, and, as such, no consent to remove this action is required.

9. A true copy of this notice of removal is today being served upon all parties and will be promptly filed with the Clerk of the Circuit Court of Etowah County, Alabama, as required by 28 U.S.C. § 1446(d). A copy of said Notice of Filing Notice of Removal is attached hereto as Exhibit B. (without duplicative attachments).

10. By removing this action, Defendant does not waive any defense available to it in federal or state court and expressly reserves the right to assert all such defenses in its responsive pleading.

WHEREFORE, this case is hereby removed from the Circuit Court of Etowah County, Alabama to the United States District Court for the Northern District of Alabama, Middle Division.

Respectfully submitted this 7th day of March, 2019.

                                        /s/ Deborah B. Hembree
                                        DEBORAH B. HEMBREE
                                        ASB: 7417-B53D

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
Two Chase Corporate Drive, Suite 120
Birmingham, AL 35244
(205) 226-5465
(205) 323-7674 (facsimile)
dhembree@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date that the following have been served a copy of the foregoing NOTICE OF REMOVAL by placing the same in the U.S. mail, postage prepaid and properly addressed; and/or, if the party being service is a registered participant in the ECF system of the United States District Court for the Northern District of Alabama, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Myron K. Allenstein
Rose Marie Allenstein
Allenstein & Allenstein, LLC
141 South 9th Street
Gadsden, AL 35902

Dated this 7th day of March, 2019.

/s/ Deborah B. Hembree
DEBORAH B. HEMBREE

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
Two Chase Corporate Drive, Suite 120
Birmingham, AL 35244
(205) 226-5465
(205) 323-7674 (facsimile)
dhembree@constangy.com