**FILED**

2019 Mar-08 AM 11:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

2/7/2019                                    AlacourtACCESS

 *Just One Look*™
Alabama's ON-DEMAND Public Access to Trial Court Records

PLEASE MAKE SURE YOU LOG OFF    LOG OFF

| SEARCHES ▶ | MY ACCOUNT ▶ | PURCHASE | HISTORY | Terms & Conditions | Privacy | Contact Us |

**ON-DEMAND Access To Alabama State Trial Court Records... One Case At a Time**

PURCHASE SUMMARY

| | Item | Description | Amount | Pages |
|---|---|---|---|---|
| | All Images | 31-CV-2019-900020.00 Image(27 pages) | 8.5 | 27 |

| | Description | Pages |
|---|---|---|
| View | 31-CV-2019-900020.00 CIRCUIT COURT - CIVIL CASE (CROWSON BRIAN K.; CIVIL_COVER_SHEET) | 1 |
| View | 31-CV-2019-900020.00 E-NOTICE TRANSMITTALS (COMPLAINT - TRANSMITTAL) | 2 |
| View | 31-CV-2019-900020.00 E-NOTICE TRANSMITTALS (COMPLAINT - SUMMONS) | 1 |
| View | 31-CV-2019-900020.00 SERVICE RETURN (SERVICE RETURN) | 2 |
| View | 31-CV-2019-900020.00 Copy of Complaint (CROWSON BRIAN K.; ALIAS SUMMONS) | 2 |
| View | 31-CV-2019-900020.00 E-NOTICE TRANSMITTALS (SET FOR TRIAL - BENCH - TRANSMITTAL) | 2 |
| View | 31-CV-2019-900020.00 () | 5 |
| View | 31-CV-2019-900020.00 Hardship Affidavit (CROWSON BRIAN K.; AFFIDAVIT OF SUBSTANTIAL HARDSHIP) | 2 |
| View | 31-CV-2019-900020.00 (CROWSON BRIAN K.; COMPLAINT) | 2 |
| View | 31-CV-2019-900020.00 E-NOTICE TRANSMITTALS (ORDER - TRANSMITTAL) | 2 |
| View | 31-CV-2019-900020.00 ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP (ORDER) | 1 |
| View | 31-CV-2019-900020.00 () | 1 |
| View | 31-CV-2019-900020.00 E-NOTICE TRANSMITTALS (SERVICE RETURN - TRANSMITTAL) | 1 |
| View | 31-CV-2019-900020.00 E-NOTICE TRANSMITTALS (ALIAS SUMMONS - TRANSMITTAL) | 2 |
| View | 31-CV-2019-900020.00 E-NOTICE TRANSMITTALS (ALIAS SUMMONS - SUMMONS) | 1 |
| | Case Monitoring | Case Monitoring - 31-CV-2019-900020.00 | 29.99 | 0 |
| | Case Detail | Name Lookup for CROWSON BRIAN K. (31-CV-2019-900020.00) | 9.99 | 4 |

| Return To Search Result |            | Start a New Search |

Copyright (C)2019 by ALACOURT.COM

EXHIBIT A

DOCUMENT 15

USPS TRACKING#

9590 9403 4480 4248 1094 77

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

EXHIBIT A

DOCUMENT 2



ELECTRONICALLY FILED
1/9/2019 1:56 PM
31-CV-2019-900020.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-10A<br>Page 1 of 2      Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | Case Number |
|---|---|---|

IN THE _Circuit_ COURT OF _Etowah County_ , ALABAMA
   (Circuit, District, or Municipal)      (Name of County or Municipality)

STYLE OF CASE: _Brian Crowson_ v. _Asurion_
       Plaintiff(s)               Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of those fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) -- I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

SECTION 1.

1.   IDENTIFICATION

Full name _Brian Keith Crowson_ Date of Birth _9-29-1969_

Spouse's full name (if married) _____

Complete home address _529 Fox Run Circle_
_Pell City, AL 35125_

Number of people living in household _2_

Home telephone number _931-371-2010_

Occupation/Job _____ Length of employment _____

Driver's license number _5374808 AL_ *Social Security Number _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_

Employer _N/A_ Employer's telephone number _____

Employer's address _N/A_

2.   ASSISTANCE BENEFITS

Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)

☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other_ N/A_

3.   INCOME/EXPENSE STATEMENT

Monthly Gross Income:

| | |
|---|---|
| Monthly Gross Income | $ _____ |
| Spouse's Monthly Gross Income (unless a martial offense) | _____ |
| Other Earnings: Commissions, Bonuses, Interest Income, etc, | _____ |
| Contributions from Other People Living in Household | _____ |
| Unemployment/Workmen's Compensation, | |
| Social Security, Retirements, etc, | _____ |
| Other income (be specific) _____ | _____ |

TOTAL MONTHLY GROSS INCOME   $ _0_

Monthly Expenses:

A. Living Expenses

| | |
|---|---|
| Rent/Mortgage | $ _700.00_ |
| Total Utilities: Gas, Electricity, Water, etc | _200.00_ |
| Food | _300.00_ |
| Clothing | _0_ |
| Health Care/Medical | _20.00_ |
| Insurance | _0_ |
| Car Payment(s)/Transportation Expenses | _400.00_ |
| Loan Payment(s) | _600.00_ |
| | _2,220.00_ |

*OPTIONAL

EXHIBIT A

DOCUMENT 2

| Form C-10A  Page 2 of 2  Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP |
|---|---|

Monthly Expenses:(cont'd page1)
Credit Card Payment(s) _____ 60.00
Educational/Employment Expenses _____
Other Expenses (be specific) _____

Sub-Total _____ A $ 2,280.00

B.  Child Support Payment(s)/Alimony _____ $ _____

Sub-Total _____ B $ _____
C.  Exceptional Expenses _____ $ _____

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) _____ $ 2,280.00

Total Gross Monthly Income Less total monthly expenses:
DISPOSABLE MONTHLY INCOME _____ $ 0

4.  LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit) _____ $ 0
Equity in Real Estate (value of property less what you owe) _____ 0
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) _____ 0
Other (be specific)
Do you own anything else of value? ☐ Yes ☒ No _____ 0
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

TOTAL LIQUID ASSETS _____ $ 0

5.  Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

15 day of October, 2018

_____
Judge/Clerk/Notary

*Brian Keith Crowson*
Affiant's Signature

BRIAN Keith CROWSON
Print or Type Name

EXHIBIT A

DOCUMENT 3



ELECTRONICALLY FILED
1/9/2019 1:56 PM
31-CV-2019-900020.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON,          *
                           *
        Plaintiff,          *
                           *
v.                         *   Case Number: _____
                           *
ASURION SHORT TERM DISABILITY   *
PLAN,                      *
                           *
        Defendant          *

### COMPLAINT

#### Short Term Disability Benefits

1.     Plaintiff, age 48, is a 5 year, disabled former employee of Asurion Disability and Leave Service Center.

2.     Plaintiff is disabled from depression and PTSS and came out of work on disability on April 15, 2017.

3.     Plaintiff has a short-term disability benefits through Defendant Asurion Short Term Disability.

4.     Sedgwick Claims Management Services, Inc. is the claims administrator.

5.     Plaintiff drew short term disability for two weeks.

6.     Plaintiff's treating physician **incorrectly** completed a questionnaire from the Defendants indicating Plaintiff was able to return to work.

7.     As a result of the incorrectly completed questionnaire, Plaintiff's benefits were terminated.

8.     Plaintiff has exhausted all administrative remedies with a final denial on 10/23/18.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.

DOCUMENT 3

s/MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com



AlaFile E-Notice

31-CV-2019-900020.00

Judge: GEORGE C. DAY, JR.

To:   ALLENSTEIN MYRON KAY
      myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following matter was FILED on 1/10/2019 8:35:18 AM

Notice Date:      1/10/2019 8:35:18 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

Judge: GEORGE C. DAY, JR.

To: ASURION SHORT TERM DISABILITY PLAN (PRO SE)
CT CORPORATION
2 N. JACKSON ST. STE. 606
MONTGOMERY, AL, 35904-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following matter was FILED on 1/10/2019 8:35:18 AM

Notice Date:     1/10/2019 8:35:18 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A

DOCUMENT 4



ELECTRONICALLY FILED
1/10/2019 8:35 AM
31-CV-2019-900020.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

CROWSON BRIAN K.                         )

          Plaintiff,                  )

                              )

          v.                        )       Case No.:   CV-2019-900020.00

                              )

ASURION SHORT TERM DISABILITY PLAN       )

          Defendant.                 )

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 10th day of January, 2019

                                      /s/ GEORGE C. DAY, JR.
                                    _____

                                    CIRCUIT JUDGE

DOCUMENT 8



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN

31-CV-2019-900020.00

To:  CLERK ETOWAH

clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $6.88

Parties to be served by Certified Mail - Return Receipt Requested

ASURION SHORT TERM DISABILITY PLAN          Postage: $6.88

CT CORPORATION

2 N. JACKSON ST. STE. 606

MONTGOMERY, AL 35904

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)     $ _____        Postmark
☐ Certified Mail Restricted Delivery  $ _____      Here
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1130 0000 1805 5554

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

Judge: GEORGE C. DAY, JR.

To:  ALLENSTEIN MYRON KAY
     myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following matter was served on 1/14/2019

**D001 ASURION SHORT TERM DISABILITY PLAN**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

To:  MYRON KAY ALLENSTEIN
     myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following alias summons was FILED on 1/31/2019 1:16:42 PM

Notice Date:     1/31/2019 1:16:42 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

To:  ASURION SHORT TERM DISABILITY PLAN
648 GRASSMERE PARK
NASHVILLE, TN, 37211

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following alias summons was FILED on 1/31/2019 1:16:42 PM

Notice Date:     1/31/2019 1:16:42 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>31-CV-2019-900020.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN**

NOTICE TO: ASURION SHORT TERM DISABILITY PLAN, 648 GRASSMERE PARK, NASHVILLE, TN 37211

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROWSON BRIAN K. pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 1/31/2019 1:16:42 PM | /s/ CASSANDRA JOHNSON | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ MYRON KAY ALLENSTEIN

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____

*(Date)*

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Server's Printed Name)*    *(Phone Number of Server)*

EXHIBIT A

DOCUMENT 15

2-1-19

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

ASURION SHORT TERM DISABILITY PLAN
648 GRASSMERE PARK
NASHVILLE TN 37211
CV 2019-900020 GDC          RH S&CID001

9590 9402 4480 8248 1094 77

2. Article Number (Transfer from service label)
7018 1830 0000 5661 3993

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT A

ELECTRONICALLY FILED
1/9/2019 1:56 PM
31-CV-2019-900020.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>31<br><br>Date of Filing:<br>01/09/2019   Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**BRIAN K. CROWSON v. ASURION SHORT TERM DISABILITY PLAN**

First Plaintiff: ☐ Business ☑ Individual   First Defendant: ☑ Business ☐ Individual
☐ Government ☐ Other   ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
ALL016   1/9/2019 1:56:32 PM   /s/ MYRON KAY ALLENSTEIN
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following complaint was FILED on 1/9/2019 1:57:15 PM

Notice Date:     1/9/2019 1:57:15 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

To:  ASURION SHORT TERM DISABILITY PLAN
CT CORPORATION
2 N. JACKSON ST. STE. 606
MONTGOMERY, AL, 35904

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following complaint was FILED on 1/9/2019 1:57:15 PM

Notice Date:     1/9/2019 1:57:15 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>31-CV-2019-900020.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN

NOTICE TO: ASURION SHORT TERM DISABILITY PLAN, CT CORPORATION 2 N. JACKSON ST. STE. 606, MONTGOMERY, AL 35904

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BRIAN K. CROWSON
pursuant to the Alabama Rules of the Civil Procedure.

| 1/9/2019 1:57:15 PM | /s/ CASSANDRA JOHNSON | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ MYRON KAY ALLENSTEIN

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____

*(Date)*

| | | |
| --- | --- | --- |
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

EXHIBIT A

DOCUMENT 9

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Laura McHann_    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

address different from item 1?   ☐ Yes
delivery address below:          ☐ No

FILED

JAN 18 2019

Asurion Short Term Disability Plan
CT Corporation
2 N Jackson St Ste 606
Montgomery, AL 35904
CV-2019-900020 GCD S/C D001



9590 9402 4480 8248 1027 99

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 1130 0002 1896 5554

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

DOCUMENT 9



USPS TRACKING # RY

9590 9402 4480 8248 1027 99

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

■ Sender: Please print your name, address, and ZIP+4® in this box■

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901



EXHIBIT A

DOCUMENT 11



ELECTRONICALLY FILED
1/31/2019 1:16 PM
31-CV-2019-900020.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON,               *
                                *
        Plaintiff,              *
                                *
v.                              *   Case Number: _____
                                *
ASURION SHORT TERM DISABILITY   *
PLAN,                           *
                                *
        Defendant               *

### COMPLAINT

### Short Term Disability Benefits

1.     Plaintiff, age 48, is a 5 year, disabled former employee of Asurion Disability and Leave Service Center.

2.     Plaintiff is disabled from depression and PTSS and came out of work on disability on April 15, 2017.

3.     Plaintiff has a short-term disability benefits through Defendant Asurion Short Term Disability.

4.     Sedgwick Claims Management Services, Inc. is the claims administrator.

5.     Plaintiff drew short term disability for two weeks.

6.     Plaintiff's treating physician **incorrectly** completed a questionnaire from the Defendants indicating Plaintiff was able to return to work.

7.     As a result of the **incorrectly** completed questionnaire, Plaintiff's benefits were terminated.

8.     Plaintiff has exhausted all administrative remedies with a final denial on 10/23/18.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.

DOCUMENT 11

s/MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

Judge: GEORGE C. DAY, JR.

To:  ALLENSTEIN MYRON KAY
     myron@allenstein.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following matter is SET FOR TRIAL - BENCH

Setting Date:     06/17/2019
Setting Time:     08:30:00 AM
Location:         801 FOREST AVE SUITE 303 GADSDEN, AL 35901

Notice Date:      1/31/2019 1:48:33 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A



AlaFile E-Notice

31-CV-2019-900020.00

Judge: GEORGE C. DAY, JR.

To:   ASURION SHORT TERM DISABILITY PLAN (PRO SE)
      648 GRASSMERE PARK
      NASHVILLE, TN, 37211-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following matter is SET FOR TRIAL - BENCH

Setting Date:    06/17/2019
Setting Time:    08:30:00 AM
Location:        801 FOREST AVE SUITE 303 GADSDEN, AL 35901

Notice Date:     1/31/2019 1:48:33 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A

DOCUMENT 15



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN

31-CV-2019-900020.00  GCD

To:  CLERK ETOWAH
     clerk.etowah@alacourt.gov

**TOTAL POSTAGE PAID: $6.95**

Parties to be served by Certified Mail - Return Receipt Requested

ASURION SHORT TERM DISABILITY PLAN                    Postage: $6.95
648 GRASSMERE PARK
NASHVILLE, TN 37211

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

EXHIBIT A

DOCUMENT 15

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Postmark
Here

ASURION SHORT TERM DISABLITY PLAN
648 GRASSMERE PARK
NASHVILLE, TN 37211
CV 2019-900020 GDC          R/I S&C/D001

7018 1830 0000 5661 3773

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

DOCUMENT 15

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is not available for International mail.
- Insurance coverage is not available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, Domestic Return Receipt; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age and available at retail.
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this the Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____     ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Karon Williams   2/5/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

ASURION SHORT TERM DISABLITY PLAN

648 GRASSMERE PARK

NASHVILLE, TN 37211

CV 2019 -900020 GDC       R/I S&C/D001

FILED

FEB 07 2019



9590 9402 4480 8248 1094 77

CASSANDRA

CIRCUIT COURT

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7018 1830 0000 5661 3993

PS Form 3811, July 2015 PSN 7530-02-000-9053          Exhibit A          Domestic Return Receipt

USPS TRACKING #:



9590 9402 4480 8248 1094 77

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box®

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901



AlaFile E-Notice

31-CV-2019-900020.00

Judge: GEORGE C. DAY, JR.

To:  ALLENSTEIN MYRON KAY
     myron@allenstein.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

BRIAN K. CROWSON V. ASURION SHORT TERM DISABILITY PLAN
31-CV-2019-900020.00

The following matter was served on 2/5/2019

**D001 ASURION SHORT TERM DISABILITY PLAN**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

EXHIBIT A

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70181830000056613993

Remove ✕

Your item has been delivered to an agent at 9:22 am on February 5, 2019 in NASHVILLE, TN 37222.

## ✓ Delivered

February 5, 2019 at 9:22 am
Delivered, To Agent
NASHVILLE, TN 37222

**Get Updates** ∨

Text & Email Updates ∨

Tracking History ∧

**February 5, 2019, 9:22 am**
Delivered, To Agent
NASHVILLE, TN 37222
Your item has been delivered to an agent at 9:22 am on February 5, 2019 in NASHVILLE, TN 37222.

**February 4, 2019, 9:57 am**
Available for Pickup
NASHVILLE, TN 37222

EXHIBIT A

**February 4, 2019, 6:53 am**
Arrived at Unit
NASHVILLE, TN 37211

**February 3, 2019, 1:46 am**
Departed USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER

**February 2, 2019, 10:16 am**
Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER

**February 1, 2019, 7:50 pm**
Arrived at USPS Regional Facility
BIRMINGHAM AL DISTRIBUTION CENTER

Feedback

**Product Information**                                                         ⌄

See Less ⌃

Can't **find what** you're **looking** for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

EXHIBIT A

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

(https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

EXHIBIT A