IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| BRIAN K. CROWSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number: 4:19-cv-00408-ACA |
| | * | |
| ASURION SHORT TERM DISABILITY PLAN, | * | |
| | * | |
| | * | |
| Defendant | * | |

## AMENDED COMPLAINT

Plaintiff amends the complaint to add The Prudential Insurance Company of America as the proper Defendant. Asurion Short Term Disability Plan will be dismissed by separate stipulation.

The correct style of the case will be as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| BRIAN K. CROWSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number: 4:19-cv-00408-ACA |
| | * | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and ASURION SHORT TERM DISABILITY PLAN, | * | |
| | * | |
| | * | |
| Defendant | * | |

s/MYRON K. ALLENSTEIN<br>
Bar Number:  2058-A61-M<br>
Attorney for Plaintiff<br>
ALLENSTEIN & ALLENSTEIN, LLC<br>
141 South 9th Street<br>
Gadsden, AL  35901<br>
Telephone:  (256) 546-6314<br>
Fax: (256) 547-7648<br>
myron@allenstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Jonathan R. Little<br>
LIGHTFOOT, FRANKLIN & WHITE, LLC<br>
The Clark Building<br>
400 20th Street North<br>
Birmingham, AL  35203-3200

s/MYRON K. ALLENSTEIN