FILED
2019 Oct-03 PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| BRIAN K. CROWSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PRUDENTIAL ) <br> INSURANCE ) <br> COMPANY OF AMERICA, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 4:19-CV-00408-ACA |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Brian K. Crowson ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), by and through their respective undersigned attorneys, hereby submit this joint notice of settlement and request to stay all case activity, and state the following:

1. On September 27, 2019, the Parties reached a settlement in principle.

2. The Parties anticipate that they will soon finalize their settlement agreement and be prepared to file a Joint Stipulation of Dismissal with Prejudice. Prudential has transmitted the settlement and release agreement to Plaintiff's counsel, and Plaintiff's counsel is awaiting an opportunity for Plaintiff to review and execute the agreement.

3. Because the Parties have reached a settlement in principle, the Parties request to stay all case activity in this action for sixty (60) days.

4. This request is made in good faith and not for the purposes of causing unwarranted delay.

WHEREFORE, the Parties jointly submit this notice of settlement and request that this Court enter an order staying all case activity for (60) days pending the filing of the Joint Stipulation of Dismissal with Prejudice.

**Dated: October 3, 2019**               Respectfully submitted,

By: *s/ Myron K. Allenstein (w/consent)*
Myron K. Allenstein
myron@allenstein.com
Rose Marie Allenstein
rose@allenstein.com
Allenstein & Allenstein, LLC
141 South 9th Street
Gadsden, AL 35901
Direct Dial: (256) 546-6314
Direct Fax: (256) 547-7648
Attorneys for Plaintiff

By: *s/ Jonathan R. Little*
Jonathan R. Little
jlittle@lightfootlaw.com
Lightfoot Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
Direct Dial:(205) 581-0772
Direct Fax:(205) 380-9172
Attorneys for Defendant

THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA

# CERTIFICATE OF SERVICE

I, Jonathan R. Little, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing to be served upon the following, by the Court's CM/ECF system, on this 3rd day of October, 2019:

>Myron K. Allenstein
>myron@allenstein.com
>Rose Marie Allenstein
>rose@allenstein.com
>Allenstein & Allenstein, LLC
>141 South 9th Street
>Gadsden, AL 35901
>Direct Dial: (256) 546-6314
>Direct Fax: (256) 547-7648
>
>Attorney for Plaintiff

/s/ <i>Jonathan R. Little</i><br>OF COUNSEL