FILED
2019 Oct-08 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| BRIAN K. CROWSON,<br><br>  Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case No. 4:19-cv-00408-ACA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice, without an award of attorney's fees and/or costs to either party.

**DATED: October 8, 2019**

By: _/s/ Jonathan R. Little_
Jonathan R. Little
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

Attorneys for Defendant

By: /s/ *Myron K. Allenstein (w/consent)*
Myron K. Allenstein, Esq.
Rose Marie Allenstein, Esq.
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL 35902

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of the foregoing Joint Stipulation of Dismissal using the Court's CM/ECF method, and that a copy of the foregoing was served on all counsel of record, as listed below, via the Court's CM/ECF on this 8th day of October, 2019:

>Myron K. Allenstein, Esq.
>Rose Marie Allenstein, Esq.
>ALLENSTEIN & ALLENSTEIN, LLC
>141 South 9th Street
>Gadsden, AL 35902

By:*/s/ Jonathan R. Little*