# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **BRIAN K CROWSON,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: 4:19-cv-408-ACA<br>} |
| **ASURION SHORT TERM DISABILITY PLAN, et al.,** | }<br>}<br>} |
| Defendants. | |

## ORDER

Pursuant to the joint stipulation of dismissal filed by the parties (doc. 16), the court **DISMISSES** this action **WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this October 18, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE